IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 7 Case |
| **Rudolf Peters,** | Case No. **13-09599** |
| Debtor. | Hon. Janet S. Baer |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on **Tuesday, December 3, 2019** at **9:30 AM,** I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, Courtroom 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 or before any other Bankruptcy Judge who may be sitting in her place and shall present the U.S. Trustee's **Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure,** a copy of which is attached and served on you.

     /s/ *Adam G. Brief*
     Adam G. Brief, Attorney
     Office of the U.S. Trustee
     219 South Dearborn, Room 873
     Chicago, Illinois  60604
     (312) 886-5785

## CERTIFICATE OF SERVICE

     I, Adam G. Brief, Assistant U.S. Trustee, state that on November 22, 2019, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure** were filed and served on all parties on the service list below via the manner indicated.

     /s/ *Adam G. Brief*

1

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Mohammed O Badwan     mbadwan@sulaimanlaw.com
Philip V Martino     philip.martino@quarles.com

**Parties Served via First Class Mail:**

| | |
|---|---|
| RUDOLF PETERS | RUDOLF PETERS |
| 8815 LINCOLNWOOD DRIVE | 4949 GOLF RD 107 |
| EVANSTON, IL 60203 | SKOKIE, IL 60077-1404 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 7 Case |
| **Rudolf Peters,** | Case No. **13-09599** |
| Debtor. | Hon. Janet S. Baer |

## MOTION FOR ORDER REOPENING CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 350(b) AND RULE 5010 OF
## THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests entry of an order reopening this case pursuant to Section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010. In support of his motion, the U.S. Trustee respectfully states as follows:

### JURISDICTION

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

### BACKGROUND

3. Rudolf Peters ("Debtor") commenced this case by filing a voluntary chapter 7 petition on March 11, 2013.

4.  Philip V Martino was appointed and served as the chapter 7 trustee ("Chapter 7 Trustee"). On May 2, 2013, the Chapter 7 Trustee filed a no-asset report. [Doc. 10] Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing the bankruptcy case.

5.  More recently, the U.S. Trustee received notification that the Debtor had an undisclosed lawsuit concerning a prepetition claim.

6.  Upon information and belief, the U.S. Trustee believes that the proceeds from this lawsuit may be property of the estate pursuant to 11 U.S.C. § 541(a).

## RELIEF REQUESTED

7.  The U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee.

8.  Section 350 of the Bankruptcy Code provides as follows:

    (a)  After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

    (b)  A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

Rule 5010 of the Federal Rules of Bankruptcy Procedure implements Section 350(b).

9.  Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate; and (3) for such other and further relief as this Court deems appropriate.

                                              RESPECTFULLY SUBMITTED:
                                              PATRICK S. LAYNG
                                              UNITED STATES TRUSTEE

Dated: November 22, 2019          */s/ Adam G. Brief*
                                              Adam G. Brief, Assistant U.S. Trustee
                                              OFFICE OF THE U.S. TRUSTEE
                                              219 South Dearborn, Room 873
                                              Chicago, Illinois  60604
                                              (312) 886-5785