# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| | ) | **Case No. 13-09599** |
| **RUDOLF PETERS,** | ) | |
| | ) | **Honorable Janet S. Baer** |
| Debtor. | ) | |

## TRUSTEE'S REPORT OF SALE/CONSUMMATION OF SETTLEMENT
### (litigation settlement)

Trustee, Philip V. Martino, reports that pursuant to this Court's June 17, 2021 Order [Dkt. No. 33], he has settled the estate's claim against PSYC-Unit 24, Inc. for $25,000.00. From the settlement amount, $10,000.00 was retained by Special Counsel for fees and $1,400.48 was retained for reimbursement of costs. **The net amount to the estate was $13,599.52.**

Dated: July 21, 2021                                                        PHILIP V. MARTINO, TRUSTEE

                                                                              /s/ Philip V. Martino
                                                                             One of his attorneys

Philip V. Martino
Hailey A. Varner
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\69130371.1

## CERTIFICATE OF SERVICE

Hailey A. Varner, an attorney, certified that on July 21, 2021, she caused the **Trustee's Report of Sale/Consummation of Settlement** be served by operation of the Court's electronic filing system to all ECF recipients registered in this case.

- Mohammed O. Badwan     mbadwan@sulaimanlaw.com
- Bert Zaczek     bert@bzlegal.net
- Patrick S. Layng     USTPRegion11.ES.ECF@usdoj.gov
- Adam G. Brief     adam.brief@usdoj.gov

In addition to the ECF service, the following individual was served by U.S. mail on July 21, 2021.

Rudolf Peters
4949 Golf Road
Skokie, Illinois 60077


Parties may access this filing through the Court's system.

    /s/ Philip V. Martino
Philip V. Martino

I SWEAR UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT


Philip V. Martino
Hailey A. Varner
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\69130371.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-09599 |
| RUDOLF PETERS | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER APPROVING TRUSTEE'S SETTLEMENT WITH
### PHYC-UNIT 24, INC. AND TO PAY SPECIAL COUNSEL

This matter having come before the Court on the Motion of Philip V. Martino ("Trustee"), chapter 7 Trustee for Rudolf Peters (the "Debtor") for Entry of an Order Approving Settlement Between Trustee and PHYC-Unit 24, Inc. ("Defendant") and to pay Special Counsel (the "Motion"); the Court having reviewed the Motion and the proposed settlement described therein; the Court finding that (a) the Court has jurisdiction over this matter pursuant to §§ 157 and 1334 and Rule 40.3.1 of the Local Rule of Procedure of the United States District Court for the Northern District of Illinois and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); sufficient notice of the Motion having been provided to all parties entitled thereto, and no other or further notice being required; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Trustee may enter into a settlement with Defendant for $25,000.00 (the "Settlement Amount").

3. Special Counsel is authorized to retain $10,000.00 in fees and $1,400.48 in costs from the Settlement Amount, as defined herein and in the Motion, as full and final payment of its reasonable fees, costs, and expenses.

4. Special Counsel is directed to remit $13,599.52 of the Settlement Amount to Trustee for the benefit of the estate at his office in Tampa, Florida: 101 East Kennedy Blvd., Suite 3400, Tampa, Florida 33602 within five (5) business days after Special Counsel's receipt of the Settlement Amount from Defendant.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 16, 2021

**Prepared by:**

Philip V. Martino
Hailey A. Varner
QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\69130371.1